# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−10−50450−jbr |
| Helga Maisonet | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−6599 | |
| DEBTOR(s) | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the clerk's office of this court on July 14, 2011.

Name of Alleged Transferor: American InfoSource LP as agent for Citibank (South Dakota) N.A.
Address of Transferor: PO Box 248840, Oklahoma City, OK 73124−8840

Name of Transferee: American InfoSource LP as agent for Citibank, N.A.
Address of Transferee: PO Box 248840, Oklahoma City, OK 73124−8840

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 15, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntctrclmsec.jsp** [Notice of Trans of Claim rev. 12/1/09]

United States Bankruptcy Court
Eastern District of New York

In re:  
Helga Maisonet  
    Debtor

Case No. 10-50450-jbr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: pmillet     Page 1 of 1     Date Rcvd: Jul 15, 2011  
                        Form ID: 208     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7088271        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 15 2011 19:04:41  
            American InfoSource LP as agent for,  Citibank (South Dakota) N.A.,  PO Box 248840,  
            Oklahoma City, OK 73124-8840  
7298941        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 15 2011 20:04:39  
            American InfoSource LP as agent for,  Citibank N.A.,  PO Box 248840,  
            Oklahoma City, OK 73124-8840  
                                                                                                                  TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2011**                        **Signature:** _/s/ Joseph Speetjens_