UNITED STATES BANKRUPTCY COURT      Hearing Date:
EASTERN DISTRICT OF NEW YORK      Hearing Time:
-------------------------------------------------------- x

In re:                       :

                         :   Case No.  10-50450 (JBR)

   HELGA MAISONET,         :

                         :   (Chapter 7)

                         :

                    Debtor.    x
--------------------------------------------------------

### STATEMENT OF THE UNITED STATES TRUSTEE REGARDING TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

Tracy Hope Davis, United States Trustee for Region 2 (the "United States Trustee"), hereby submits her statement regarding the Trustee's Final Report (the "TFR"), Exhibits A through F, and the Trustee's application for compensation (the "Application") filed in the above-entitled case and respectfully represents and alleges as follows:

1.      The United States Trustee certified that she reviewed the TFR, including Exhibits A through F, and the Application in the docket entry generated when she filed the TFR on March 5, 2012.

2.      The gross receipts of this estate total $2,400.03, including interest, with $100.90 in disbursements, leaving a balance on hand of $2,299.13.  *See* TFR, ¶ 4.  The estate was created from the Trustee's interest in the Debtor's 2008 Ford Escape automobile.  *See* Narrative, Exhibit F to the TFR.

3.      The Trustee reports that he has analyzed all claims that were filed with the Court. See TFR, ¶ 6. If the Court approves the Application as filed, there will be a 3.1% distribution to

eight general unsecured claimants who filed timely claims.  *See* Trustee's Proposed Distribution,

Exhibit D to the TFR.

   4.  The United States Trustee has reviewed the time records submitted by the Trustee.

The compensation requested by the Trustee is reasonable in light of the work performed.

Therefore, the United States Trustee has no objection to the entry of an order approving the

Application as follows:

| Applicant(s) | Compensation Sought | Expenses Sought |
|---|---|---|
| Paul Krohn, Esq.<br>Chapter 7 Trustee<br>See TFR, ¶ 8 and the Application | $600.01 | $0.00 |

WHEREFORE, the United States Trustee requests that the Court approve the TFR and

the Application and grant other relief as is just.


Dated: Brooklyn, New York
        March 5, 2012

                                    TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE

                                            /s/ William E. Curtin
                                    By:     _____
                                            William E. Curtin (WC-1974)
                                            Trial Attorney


                                    271 Cadman Plaza East, Suite 4529
                                    Brooklyn, New York 11201
                                    Phone: 718.422.4960
                                    Facsimile: 718.422.4990

UNITED STATES BANKRUPTCY COURT          Hearing Date:
EASTERN DISTRICT OF NEW YORK            Hearing Time:
-------------------------------------------------------- x

In re:                                  :    Case No. 10-50450 (JBR)
                                        :
    HELGA MAISONET,                     :    (Chapter 7)
                                        :
                        Debtor.         :
-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, Robert J. Stavis, am employed at the Office of the United States Trustee for the Eastern

District of New York, Brooklyn Division.  I hereby certify that, on March 5, 2012, I caused a

copy of the Statement of the United States Trustee Regarding Trustee's Final Report and

Application for Compensation (the "Statement") to be served by regular mail upon the parties

listed below, by placing a true and correct copy of the Statement in an envelope, with postage

pre-paid, in an official depository of the United States mail:

<u>Chapter 7 Trustee:</u>
Paul Krohn, Esq.
40 Clinton Street, Suite 1G
Brooklyn, NY 11201

Dated: Brooklyn, New York
      March 5, 2012

                                 /s/ Robert J. Stavis
                                 _____
                                 Robert J. Stavis
                                 Bankruptcy Analyst