# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

In re: MAISONET, HELGA § Case No. 1-10-50450-JBR
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Paul I. Krohn, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $36,729.53            Assets Exempt: $7,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,699.12     Claims Discharged
                                                Without Payment: $52,470.94

Total Expenses of Administration: $700.91

---

3) Total gross receipts of $   2,400.03   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $2,400.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,749.85 | $9,691.31 | $9,691.31 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 700.91 | 700.91 | 700.91 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,980.66 | 54,170.06 | 54,170.06 | 1,699.12 |
| **TOTAL DISBURSEMENTS** | $41,730.51 | $64,562.28 | $64,562.28 | $2,400.03 |

4) This case was originally filed under Chapter 7 on November 04, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2012          By: /s/Paul I. Krohn, Trustee
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ford "Escape" 2008 | 1129-000 | 2,400.00 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | **$2,400.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Justice Federal Credit Union | 4110-000 | 10,749.85 | 9,691.31 | 9,691.31 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,749.85** | **$9,691.31** | **$9,691.31** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Paul I. Krohn, Trustee | 2100-000 | N/A | 600.01 | 600.01 | 600.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 0.90 | 0.90 | 0.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 700.91 | 700.91 | 700.91 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Justice Federal Credit Union | 7100-000 | 24,456.00 | 25,002.69 | 25,002.69 | 784.24 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 3,969.76 | 3,969.76 | 124.52 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 1,198.62 | 1,198.62 | 37.60 |
| 5 | Discover Bank | 7100-000 | 6,524.66 | 6,610.27 | 6,610.27 | 207.34 |
| 6 | Chase Bank USA,N.A | 7100-000 | N/A | 926.04 | 926.04 | 29.05 |
| 7 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 2,093.09 | 2,093.09 | 65.65 |
| 8 | GE Money Bank | 7100-000 | N/A | 1,520.13 | 1,520.13 | 47.68 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 12,849.46 | 12,849.46 | 403.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 30,980.66 | 54,170.06 | 54,170.06 | 1,699.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-10-50450-JBR  **Trustee:** (521120) Paul I. Krohn, Trustee
**Case Name:** MAISONET, HELGA  **Filed (f) or Converted (c):** 11/04/10 (f)
 **§341(a) Meeting Date:** 12/10/10
**Period Ending:** 05/16/12  **Claims Bar Date:** 05/23/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking account # 1390152235 at | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Saving account # 3582932871 at the Sovereign Ban | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Used furniture | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | used clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401K | 36,129.53 | 0.00 | DA | 0.00 | FA |
| 6 | Ford "Escape" 2008 | 14,900.00 | 0.00 | | 2,400.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.03 | FA |
| 7 | Assets Totals (Excluding unknown values) | **$51,629.53** | **$0.00** | | **$2,400.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

1. Debtor filed a voluntary petition in Chapter 7 on November 4, 2010.
2. Debtor had exempt assets except for equity in a 2008 Ford Escape auto.
3. Trustee filed motion to consider Debtor's offer to purchase Trustees interest in auto for the sum of $2,400.00, payable in 8 monthly installments of $300.00.
4. Offer approved by court on May 16, 2011.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** January 10, 2012 (Actual)

Printed: 05/16/2012 07:09 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1-10-50450-JBR  
**Case Name:** MAISONET, HELGA  

**Taxpayer ID #:** 38-6976203  
**Period Ending:** 05/16/12  

**Trustee:** Paul I. Krohn, Trustee (521120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-46129557-65 - Money Market Account  
**Blanket Bond:** $80,815,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/11 | {6} | Helga Maisonet | Installment Payment #2 | 1129-000 | 300.00 |  | 300.00 |
| 05/02/11 | {6} | Helga Maisonet | Installment #1 | 1129-000 | 300.00 |  | 600.00 |
| 05/24/11 | {6} | Helga Maisonet | Installment #3 | 1129-000 | 300.00 |  | 900.00 |
| 07/14/11 | {6} | Helga Maisonet | Installment # 4 | 1129-000 | 300.00 |  | 1,200.00 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 0.90 | 1,199.10 |
| 08/10/11 | {6} | Helga Maisonet | Car Installment payment # 5 | 1129-000 | 300.00 |  | 1,499.10 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 1,474.10 |
| 09/06/11 | {6} | Helga Maisonet | Installment #6 | 1129-000 | 300.00 |  | 1,774.10 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 1,774.11 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 1,749.11 |
| 10/18/11 | {6} | Helga Maisonet | Installement #7 - Car Payment | 1129-000 | 300.00 |  | 2,049.11 |
| 10/31/11 | {6} | Helga Maisonet | Monthly Payment  on Automobile - Final Payment | 1129-000 | 300.00 |  | 2,349.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 2,349.12 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 2,324.12 |
| 11/30/11 |  | Transfer from 65 to 66 | Transfer adjustment to show service fee | 9999-000 |  | -25.00 | 2,349.12 |
| 11/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 |  | 2,349.13 |
| 11/30/11 |  | To Account #92004612955766 | Trans of Funds - Preparation for Final Report | 9999-000 |  | 2,324.13 | 25.00 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | **2,400.03** | **2,400.03** | **$0.00** |
|  |  | Less: Bank Transfers |  |  | 0.00 | 2,299.13 |  |
|  |  | **Subtotal** |  |  | **2,400.03** | **100.90** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$2,400.03** | **$100.90** |  |

{} Asset reference(s)                                                                                                                                Printed: 05/16/2012 07:09 PM        V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-10-50450-JBR  
**Case Name:** MAISONET, HELGA  

**Taxpayer ID #:** 38-6976203  
**Period Ending:** 05/16/12  

**Trustee:** Paul I. Krohn, Trustee (521120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-46129557-66 - Checking Account  
**Blanket Bond:** $80,815,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 |  | From Account #92004612955765 | Trans of Funds - Preparation for Final Report | 9999-000 | 2,324.13 |  | 2,324.13 |
| 11/30/11 |  | Transfer from 65 to 66 | Transfer adjustment to show service fee | 9999-000 | -25.00 |  | 2,299.13 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 2,274.13 |
| 01/05/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | -25.00 | 2,299.13 |
| 05/01/12 | 101 | Paul I. Krohn, Trustee | Dividend paid 100.00% on $600.01, Trustee Compensation;  Reference: | 2100-000 |  | 600.01 | 1,699.12 |
| 05/01/12 | 102 | Justice Federal Credit Union | Dividend paid   3.13% on $25,002.69; Claim# 1; Filed: $25,002.69; Reference: 4203080000009414 | 7100-000 |  | 784.24 | 914.88 |
| 05/01/12 | 103 | American InfoSource LP as agent for | Dividend paid   3.13% on $3,969.76; Claim# 3; Filed: $3,969.76; Reference: | 7100-000 |  | 124.52 | 790.36 |
| 05/01/12 | 104 | American InfoSource LP as agent for | Dividend paid   3.13% on $1,198.62; Claim# 4; Filed: $1,198.62; Reference: | 7100-000 |  | 37.60 | 752.76 |
| 05/01/12 | 105 | Discover Bank | Dividend paid   3.13% on $6,610.27; Claim# 5; Filed: $6,610.27; Reference: 6011002054777149 | 7100-000 |  | 207.34 | 545.42 |
| 05/01/12 | 106 | Chase Bank USA,N.A | Dividend paid   3.13% on $926.04; Claim# 6; Filed: $926.04; Reference: | 7100-000 |  | 29.05 | 516.37 |
| 05/01/12 | 107 | HSBC Bank Nevada, N.A. | Dividend paid   3.13% on $2,093.09; Claim# 7; Filed: $2,093.09; Reference: | 7100-000 |  | 65.65 | 450.72 |
| 05/01/12 | 108 | GE Money Bank | Dividend paid   3.13% on $1,520.13; Claim# 8; Filed: $1,520.13; Reference: | 7100-000 |  | 47.68 | 403.04 |
| 05/01/12 | 109 | FIA Card Services, NA/Bank of America | Dividend paid   3.13% on $12,849.46; Claim# 9; Filed: $12,849.46; Reference: | 7100-000 |  | 403.04 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **2,299.13** | **2,299.13** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 2,299.13 | 0.00 |  |
|  |  |  | **Subtotal** |  | **0.00** | **2,299.13** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$2,299.13** |  |

{} Asset reference(s)

Printed: 05/16/2012 07:09 PM    V.12.57

Case 1-10-50450-nhl    Doc 33    Filed 06/13/12    Entered 06/13/12 15:02:38

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 1-10-50450-JBR  
**Case Name:** MAISONET, HELGA

**Taxpayer ID #:** 38-6976203  
**Period Ending:** 05/16/12

**Trustee:** Paul I. Krohn, Trustee (521120)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-46129557-66 - Checking Account  
**Blanket Bond:** $80,815,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    2,400.03  
───────────  
Net Estate :    $2,400.03

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-46129557-65 | 2,400.03 | 100.90 | 0.00 |
| Checking # 9200-46129557-66 | 0.00 | 2,299.13 | 0.00 |
|  | $2,400.03 | $2,400.03 | $0.00 |

{} Asset reference(s)

Printed: 05/16/2012 07:09 PM    V.12.57